USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO LORI,
                      Plaintiff,

-against-

GROOP INTERNET PLATFORM, INC.
*individually*
*doing business as*
Talkspace,
                      Defendant.

19-CV-5835 (VSB)

**ORDER**

VERNON S. BRODERICK, District Judge:

    It has been reported to the Court that the mediation in this case was successful.

Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:    January 31, 2020
           New York, New York

*[Signature]*
Vernon S. Broderick
United States District Judge